■ ANTHONY PELUSIO et al., Appellants, v ROCHESTER GENERAL HOSPITAL et al., Respondents. [671 NYS2d 404] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Polito, J. (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.